1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10  In the Matter of the Complaint of Heart of Sailing,   )   **Case No. 11-CV-2236-L-CAB**
    Inc. as Owner of the Vessel, "The Nessie", for        )
11  Exoneration From, or, Limitation of Liability.        )
                                                          )   **REVISED ORDER RESTRAINING ALL**
12                                                        )   **SUITS, DIRECTING MONITION TO**
                                                          )   **ISSUE, AND PUBLICATION OF NOTICE**
13                                                        )
                                                          )
14                                                        )   Judge: Hon. M. James Lorenz
                                                          )   Magistrate Judge: Hon. Cathy Ann Bencivengo
15                                                        )
                                                          )   Complaint Filed: September 26, 2011
16  _____            )

17        A Complaint has been filed in the above captioned court by Plaintiff-in-limitation, Heart of

18  Sailing, Inc. (hereinafter "Plaintiff-in-limitation"), as owner of the vessel known as "The Nessie"

19  and bearing Hull Identification Number MACW0217F788 (hereinafter "The Nessie"), for

20  exoneration from, or limitation of, liability, pursuant to the Limitation of Liability Act, 46 U.S.C.

21  §30501 *et seq.*, and Rule F of the *Supplemental Rules for Certain Admiralty and Maritime Claims*,

22  with respect to any and all injuries, losses, damages, or claims arising out of, resulting from, or in any

23  manner connected with, the "Incident" of March 27, 2011, a boating accident which occurred on the

24  navigable waters of San Diego Bay involving "The Nessie" as set forth and alleged in the Complaint.

25        Plaintiff-in-limitation has deposited with this Court, for the benefit of the claimants, the sum

26  equivalent to its ownership interest in "The Nessie" in the amount of Five Thousand Dollars

27  ($5,000.00) and a deposit of Five Hundred Dollars ($500.00), as security for court costs under Local

28  Civil Rule F.1.

It appears that claims have been made, or will be made, against Plaintiff-in-limitation or "The Nessie" for losses or damages arising out of, or in some manner connected with the matters set forth in the Complaint.

The Court, on application of Plaintiff-in-limitation, now issues the following Orders:

1.  Pursuant to Rule F(3) of the *Supplemental Rules for Certain Admiralty and Maritime Claims*, except as filed in this proceeding, the commencement or prosecution of any and all suits, actions or legal proceedings of any nature and description, presently ongoing or to be filed in the future, against Plaintiff-in-limitation or "The Nessie" is enjoined and said proceedings are to be stayed and restrained until the hearing and determination of this proceeding; and

2.  Pursuant to Rule F(4) of the *Supplemental Rules for Certain Admiralty and Maritime Claims,* a monition shall issue out of and under seal of this Court.  All persons and entities asserting any claim against Plaintiff-in-limitation or "The Nessie" for any loss, damage or injury arising out of, resulting from, or in any manner connected with the matters set forth in the Complaint are admonished to appear and file their respective claims and answer the allegations of the Complaint with the Clerk of this Court at the United States Courthouse located at 880 Front Street, Suite 4290, San Diego, California 92101, in writing, and to serve a copy thereof on the attorneys for Plaintiff-in-limitation, on or before **November 28, 2011**, or be deemed in contumacy and default, and that when all proceedings have been completed, if it shall appear that the Plaintiff-in-limitation is not liable for any such loss or damage, it may be finally so decreed by this Court;

3.  A notice which is substantially in the same form as the "Notice of Complaint for Exoneration From, or Limitation Of, Liability" (hereinafter "Notice of Complaint") that is lodged with this court, shall be published once a week for four (4) successive weeks prior to November 28, 2011 by Plaintiff-in-limitation, in San Diego Commerce, a newspaper of general circulation printed and published in San Diego, California;

4.  Plaintiff-in-limitation, pursuant to Rule F(4) of the *Supplemental Rules for Certain Admiralty and Maritime Claims*, shall not later than the date of the second publication mail a copy of the "Notice of Complaint" to every person and entity known to have asserted a claim against Plaintiff-in-limitation or "The Nessie", arising out of, resulting from, or in any manner connected

with the Complaint in this action and in those cases where the person or entity making the claim is known to have an attorney, the "Notice of Complaint" shall be mailed to such attorney;

5. The publication and mailing of the "Notice of Complaint" described herein shall constitute due notice to all persons asserting claims arising out of or in any way relating to that which the Complaint herein seeks exoneration from, or limitation of, liability;

6. Service of this Order as a restraining order may be accomplished by mailing a copy of this executed Order to the persons to be restrained, or their attorneys acting on their behalf.

IT IS SO ORDERED.

DATED: October 11, 2011

_____
M. James Lorenz
United States District Court Judge

**REVISED ORDER RESTRAINING ALL SUITS, DIRECTING MONITION, AND PUBLICATION OF NOTICE**